**THOMAS C. MAURER v. CITY OF WINTER PARK, a MUNICIPAL corporation, and JAMES C. GAINER.**

32 So. (2nd) 332            June Term, 1947

October 14, 1947            Division A

Affirmed.

**JAMES B. ALLEN, J. F. PYKE and FRANK J. LaPOINTE, as co-partners trading under the name of J. F. IRELAND COMPANY, not incorporated, v. FAY BOZARTH, ELMER SOPJACK and MARGARET SOPJACK.**

32 So. (2nd) 332            June Term, 1947

October 17, 1947            Special Division B

Rehearing denied November 3, 1947

Affirmed.

**JOHN W. STEVENS, et ux., v. WARREN T. HALL, et al.**

32 So. (2nd) 332            June Term, 1947

October 21, 1947            Special Division A

Affirmed.

**EUGENE R. KNERR v. STATE OF FLORIDA**

32 So. (2nd) 332            June Term, 1947

October 24, 1947            Division A

Affirmed.

**STATE OF FLORIDA, ex rel., RALPH GUSTAFSON v. JAMES T. VOCELLE, as Director of the State Beverage Department, and The City of Miami, et al.**

32 So. (2nd) 464            June Term, 1947

October 28, 1947            Division B

Affirmed.

**CLARENCE A. TOWNSEND v. ETHEL KNIGHT TOWNSEND**

32 So. (2nd) 464            June Term, 1947

October 28, 1947            Division B

Affirmed.

**MAURICE SOLOMON v. THE CITY OF MIAMI, a Municipal Corporation.**

32 So. (2nd) 464            June Term, 1947

October 28, 1947            Division B

Affirmed.